AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TUUCI WORLDWIDE, LLC,<br>a Florida Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>SHADESCAPES AMERICAS, INC.,<br>a Florida Profit Corporation<br><br>*Defendant(s)* | Civil Action No.  1:26-cv-20924-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shadescapes Americas, Inc.
7901 4th St N
Ste 300
St. Petersburg, FL 33702


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Oliver Alan Ruiz
Jonathan Woodard
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 11, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts